# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
02/11/2021
Clerk, U.S. District Court
Western District of Texas

By: _____MV_____
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:21-M-00316(1) - MAT |
| | § |
| (1) FRANCISCO PECH-GRAJEDA | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 09, 2021** in **Hudspeth** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, and was found in the United States after having been previously excluded, deported, and removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326**.

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: *"The DEFENDANT, PECH-GRAJEDA, FRANCISCO, an alien to the United States and a citizen of Mexico, was found in the United States on February 9, 2021. The DEFENDANT was found approximately 51 miles east of the Fort Hancock, Texas Port of*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ CRUZ, CARLOS JR.
Signature of Complainant
Border Patrol Agent

02/11/2021
File Date

at  EL PASO, Texas
City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - EP:21-M -00316(1)

WESTERN DISTRICT OF TEXAS

(1) FRANCISCO PECH-GRAJEDA

FACTS   (CONTINUED)

Entry, near Sierra Blanca, Texas, in the Western District of Texas.  From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on October 27, 2006, through Presidio, TX. The DEFENDANT has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.


IMMIGRATION HISTORY:
The DEFENDANT has been deported 2 time(s), the last one being to MEXICO on October 27, 2006, through PRESIDIO, TX


CRIMINAL HISTORY:
11/12/2003, Oklahoma City, OK, Leaving scene of accident involving injury(F), CNV, 6 MOS Jail.